AO 91 (Rev. 11/11) Criminal Complaint

AUSA: Jeremiah Smith Telephone: (313) 226-9100

Special Agent: Richard Cousins Telephone: (313) 202-3400

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

United States of America
v.
Ahlijah Treadwell

Case No.

Case: 2:26−mj−30588
Assigned To : Unassigned
Assign. Date : 9/21/2026
Description: CMP USA V. SEALED (DJ)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of September 5, 2026 in the county of Wayne in the Eastern District of District, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 922(o) | Unlawful Possession of a Machinegun |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

*Complainant's signature*

Richard Cousins, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence and/or by reliable electronic means.

*Judge's signature*

Date: September 21, 2026

City and state: Detroit, MI

Hon. Kimberly G. Altman, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Richard Cousins, being first duly sworn, hereby state:

## INTRODUCTION

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF") and have been so employed since April 2023. I am an "investigative or law enforcement officer of the United States" within the meaning of 18 U.S.C. § 2510(7), and I am empowered to conduct investigations and make arrests of offenses enumerated under federal law.

2. As an ATF Special Agent, I have received specialized training at the Federal Law Enforcement Training Center including the Criminal Investigator Training Program and Special Agent Basic Training. During these programs, I received a total of twenty-seven weeks of instruction on subjects including federal criminal law, conducting criminal investigations, interview techniques, surveillance, undercover operations, evidence collection, and firearms trafficking. I have also completed the ATF Firearms Interstate Nexus Training Program.

3. I am a member of the ATF Detroit Field Division, Group II, Crime Gun Enforcement Team ("CGET") and am currently assigned to the Gun Violence Task Force ("GVTF"). The GVTF and CGET are tasked with investigating the unlawful

possession of firearms and violent firearm crimes committed within the Eastern District of Michigan. I have been a case agent or co-case agent on over two dozen investigations that have resulted in the seizer of firearms, illicit controlled substances, machinegun conversion devices ("MCD"), and federal and state prosecutions.

4. I make this affidavit from personal knowledge based on my participation in this investigation, including interviews conducted by myself and/or other law enforcement agents, communications with others who have personal knowledge of the events and circumstances described herein, review of reports by myself and/or other law enforcement agents, and information gained through my training and experience. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all the information known to law enforcement related to this investigation.

5. The ATF is investigating Ahlijah TREADWELL (DOB: XX/XX/2007), for violations of 18 U.S.C. § 922(o) (Unlawful Possession of a Machinegun).

## PROBABLE CAUSE

6. On September 5, 2026, Detroit Police Department ("DPD") officers assigned to block party detail were near Capitol Street and Cheyenne Street, in Detroit, Michigan. From that intersection, officers heard loud music and observed

multiple individuals standing on the north end of Cheyenne Street. This area is known to officers from previous police runs to 12292 Cheyenne Street, which resulted in multiple arrests involving both misdemeanor and felony offenses.

7. Officers arrived in front of 12292 Cheyenne Street and observed a black Audi Q5 parked in the street with its rear windows rolled down and the engine running. The driver of the Audi was smoking marijuana. As officers approached in their scout car and activated their overhead emergency lights, the Audi's front passenger opened his door and exited the vehicle. Officers immediately detained him. Officers then spoke to the driver of the vehicle, who failed to provide identification or answer officers when asked if any weapons were in the vehicle. TREADWELL was the rear seat passenger of the vehicle.

8. I reviewed body-worn camera footage from TREADWELL'S arrest. The video shows that, while conducting a pat down of TREADWELL, officers located a loaded Glock 23 Gen 4, .40 caliber pistol (serial number RVZ990) in his hoodie pocket. The Glock 23 was equipped with a loaded extended magazine and a blue MCD. (Images 1-3).

Image 1



Image 2



Image 3



9. On September 6, 2026, DPD interviewed TREADWELL and reminded him that the Glock they found in his hoodie had a "button" attached, which I know from my training and experience to be slang for an MCD. When asked what a "button" does, TREADWELL replied, "make the gun fully." Based on my training and experience, TREADWELL'S statement establishes that he knew that an MCD is intended to convert a firearm to a fully automatic weapon.

10. A search conducted by ATF revealed that TREADWELL has no firearms registered under the National Firearms Act (NFA) and therefore cannot lawfully possess a machinegun.

11. ATF Special Agent Kenton Weston also viewed images of the recovered Glock with an MCD. In addition to basic ATF training, Special Agent Weston is a graduate of a specialized course on privately made firearms ("PMF") and MCDs. Special Agent Weston has provided instruction to DPD officers, ATF Special Agents, sheriff deputies, state troopers, and task force officers on the identification of PMFs and MCDs. Special Agent Weston has experience in the investigation, seizure, and examination of dozens of PMFs and MCDs. Additionally, Special Agent Weston has provided sworn expert testimony in Federal Court regarding the identification and the mechanics of MCDs.

12. After viewing the images, Special Agent Weston confirmed that the device affixed to the Glock 23 firearm appeared to be an MCD, colloquially referred to as a "Glock Switch" or "button".

13. Per Special Agent Weston, an individual can affix an MCD to a Glock-style pistol to make the pistol shoot automatically and function as machinegun. The MCD is a small device that replaces the back plate and typically protrudes from the back of the slide on a Glock-style pistol. When installed, the device applies pressure to the trigger bar and disables the firearm's ability to limit one round of ammunition to be fired per trigger pull. A machinegun is a firearm under the NFA, 26 U.S.C. § 5845(a). A machinegun is defined, in pertinent part, as "any part designed and intended solely and exclusively, or combination of parts designed and intended, for

use in converting a weapon into a machinegun." 26 U.S.C. § 5845(b). An MCD is a part, or combination of parts, designed and intended for use in converting a semiautomatic Glock-style pistol into a machinegun; therefore, it by itself, is a "machinegun."

## CONCLUSION

14. There is probable cause to believe that Ahlijah TREADWELL knowingly violated 18 U.S.C. § 922(o) (Unlawful Possession of a Machinegun) within the Eastern District of Michigan on September 5, 2026.

Respectfully submitted,

Richard Cousins, Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn to before me and signed in my presence and/or by reliable electronic means

Hon. Kimberly G. Altman
United States Magistrate Judge

Dated: September 21, 2026